**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**

|  |  |
|---|---|
| NORTH CAROLINA FARM BUREAU FEDERATION, INC., *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>        Defendants. | Case No. 5:24-cv-00527-FL |

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendants the U.S. Department of Labor ("DOL"), José Javier Rodriguez, in his official capacity as Assistant Secretary of DOL, and Jessica Looman, in her official capacity as Administrator, Wage & Hour Division of DOL, submit this Cross-Motion for Summary Judgment, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, on the grounds that there is no material question of fact to preclude judgment in favor of Defendants and Defendants are entitled to judgment in their favor on all claims as a matter of law. In support of this Motion, Defendants also file a Combined Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment and Memorandum in Support of Defendants' Cross-Motion for Summary Judgment. Defendants respectfully request that this Court enter an order granting summary judgment in favor of Defendants on all counts in Plaintiffs' Complaint.

1

DATED: November 22, 2024                    Respectfully submitted,

                                            BRIAN M. BOYNTON
                                            Principal Deputy Assistant Attorney General

                                            JULIE STRAUS HARRIS
                                            Assistant Branch Director

                                            /s/ *Michael P. Clendenen*
                                            MICHAEL P. CLENDENEN
                                            MICHAEL J. GAFFNEY
                                            Trial Attorneys
                                            Civil Division, Federal Programs Branch
                                            U.S. Department of Justice
                                            1100 L Street, NW
                                            Washington, DC 20005
                                            Phone:   (202) 305-0693
                                            E-mail:  michael.p.clendenen@usdoj.gov

                                            *Counsel for Defendants*