UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NORTH CAROLINA FARM BUREAU FEDERATION, INC., HIGHT FAMILY FARMS, LLC, and TRIPLE B. FARMS, LLC<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, LORI FRAZIER BEARDEN, in her official capacity as Assistant Secretary of the United States Department of Labor, and DONALD M. HARRISON, in his official capacity as Administrator, Wage & Hour Division of the United States Department of Labor<br>    Defendants | **JUDGMENT**<br>No. 5:24-CV-527-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 5, 2025 and for the reasons set forth more specifically therein, it is ordered that defendants' motion for summary judgment is GRANTED.

**This judgment Filed and Entered on May 5, 2025, and Copies To:**
Alyssa Riggins / Phillip Jacob Parker, Jr. / Phillip J. Strach (via CM/ECF Notice of Electronic Filing)
Michael James Gaffney / Michael Patrick Clendenen (via CM/ECF Notice of Electronic Filing)

May 5, 2025                    PETER A. MOORE, JR., CLERK

                               /s/ Sandra K. Collins
                               (By) Sandra K. Collins, Deputy Clerk