IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NORTH CAROLINA FARM BUREAU FEDERATION, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>Defendants. | Case No. 5:24-cv-00527-FL |

### NOTICE OF WITHDRAWAL OF MICHAEL P. CLENDENEN AS COUNSEL

Pursuant to Local Rule 5.2(d), Defendants hereby withdraw the appearance of Michael P. Clendenen, trial attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, as counsel for Defendants in the above-captioned matter. Mr. Clendenen is leaving the Department of Justice in June 2025. Mr. Clendenen will no longer be associated with this case. Eitan R. Sirkovich has previously entered appearances and remains as counsel for Defendants. Defendants have been notified of the withdrawal prior to the filing of this notice.

DATED: May 14, 2025                                        Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

*/s/ Eitan R. Sirkovich*
EITAN R. SIRKOVICH (D.C. Bar No. 90030102)
MICHAEL P. CLENDENEN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2025, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

*/s/ Eitan R. Sirkovich*
EITAN R. SIRKOVICH (D.C. Bar No. 90030102)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*